1032

No. 84–6798. FULGHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1212. INDIANA v. MINNICK. Sup. Ct. Ind. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–1515. INTERSTATE COMMERCE COMMISSION ET AL. v. TRI-STATE MOTOR TRANSIT CO. ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 84–1712. INTERSTATE COMMERCE COMMISSION ET AL. v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 84–1698. SPURLOCK ET AL. v. SANTA FE PACIFIC RAILROAD CO. ET AL. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–1705. PRESTRESS ENGINEERING CORP. v. GONZALEZ ET AL. Sup. Ct. Ill. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 84–1740. FLEMING v. MOORE. Sup. Ct. Va. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 84–1761. TIMBERLANE LUMBER CO. ET AL. v. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.